IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA
PIERRE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CASEY JOHN HIGHT | § | CASE NO. 09-30040-CLN |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE CHARLES L. NAIL, JR. |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

> USAA
> P. O. Box 829009
> Dallas, Texas 75382-9009

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7175-N-3204
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for USAA

CERTIFICATE OF SERVICE

     I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 6, 2009:

**Debtors' Attorney**
Al Arendt
Arendt Law Office
401 E Sioux PO Box 1077
Pierre, SD  57501-2571

**Chapter 7 Trustee**
John S. Lovald
Post Office Box 66
Pierre, South Dakota 57501

**U.S. Trustee**
Office of the US Trustee
425 2nd St. S.E., Suite 675, Box 47
Cedar Rapids, Iowa 52401

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

7175-N-3204
noaelect